# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| ROSALIND J. MANDIGO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:21-CV-141-RWS-JBB |
| MT. PLEASANT V ENTERPRISES, LLC D/B/A GREENHILL VILLAS AND CREATIVE SOLUTIONS IN HEALTHCARE, INC., | § § § § § | |
| Defendants. | | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. Docket No. 10. In their brief, the parties advise the Court that they have resolved their dispute and that the Plaintiff no longer wishes to pursue the litigation. *Id.* The parties move "to dismiss the lawsuit with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure." *Id.* In view of the parties' stipulation, the Court finds that dismissal is appropriate. It is therefore

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and fees. It is further

**ORDERED** that any pending motion is **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 29th day of June, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE